**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael D. DUNN, Defendant–**
**Appellant.**

No. 07–11293
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 6, 2007.

Stanley C. House, Augusta, GA, for
Plaintiff–Appellee.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Defendant–Appellant.

Before HULL, WILSON and PRYOR,
Circuit Judges.

PER CURIAM:

Stanley House, appointed counsel for Michael Dunn in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Dunn's conviction and sentence are AFFIRMED.